[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 5, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15694
Non-Argument Calendar

_____

D. C. Docket No. 04-60039-CR-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THEODIS JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(June 5, 2008)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Philip L. Reizenstein, appointed counsel for Theodis Jones, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v.

<u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Jones's motion to reduce his sentence is **AFFIRMED**.